IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

v.

SERGIO NUNEZ,

    Defendant.

Case No. 2:25-cr-00394-MIS

## ORDER DENYING MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) AND AMENDMENT 821 TO THE FEDERAL SENTENCING GUIDELINES AND DENYING AS MOOT MOTION TO APPOINT COUNSEL

**THIS MATTER** is before the Court on Defendant Sergio Nunez's pro se Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines ("Motion"), ECF No. 35, filed December 18, 2025. Defendant also filed a Motion Requesting a Court-Appointed Lawyer and/or Public Defender to Assist [Him] in Presenting the Motion for the 2-Point Sentence Reduction Pursuant to Amendment 821 ("Motion to Appoint Counsel"). ECF No. 36. The Government did not respond to either Motion.

Pursuant to 18 U.S.C. § 3582(c)(2), a court may reduce the term of imprisonment for a defendant "'who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o)' and made retroactive pursuant to § 994(u)." Dillon v. United States, 560 U.S. 817, 824 (2010) (quoting 18 U.S.C. § 3582(c)(2)).

Defendant is not entitled to a sentence reduction under Section 3582(c)(2) because Amendment 821 became effective before Defendant was sentenced. Specifically, Amendment 821 became effective November 1, 2023, see United States Sentencing Commission, Amend. 821, https://perma.cc/KP4H-HMYC, and Defendant was sentenced August 14, 2025, see Sentencing

Minute Sheet, ECF No. 33; Judgment at 3, ECF No. 34. Thus, his sentencing range was not "subsequently lowered" by Amendment 821, <u>Dillon</u>, 560 U.S. at 824, and he is not entitled to a sentence reduction under 18 U.S.C. § 3582(c)(2).

Accordingly, it is **HEREBY ORDERED** that Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines, ECF No. 35, is **DENIED**. Defendant's Motion to Appoint Counsel, ECF No. 36, is **DENIED AS MOOT**.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE